UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Joshua G. Stegemann

    v.                              Civil No. 17-cv-397-SM

Robert Hazelwood, Warden,
Federal Correctional Institution,
Berlin, New Hampshire

## REPORT AND RECOMMENDATION

Before the court is plaintiff Joshua G. Stegemann's motion to proceed in forma pauperis (Doc. No. 3) in this matter, pursuant to 28 U.S.C. § 1915. Stegemann is a prisoner at the Federal Correctional Institution in Berlin, New Hampshire. The affidavit attached to Stegemann's motion to proceed in forma pauperis, demonstrates that, during the last six months, the average monthly deposits to Stegemann's prisoner account, and the average monthly balance in that account, as well as his actual balance as of September 21, 2017, are sufficient to allow him to prepay the filing fee in this matter. See Doc. No. 3, at 6-7.

Accordingly, the district judge should deny Stegemann's motion for in forma pauperis status (Doc. No. 3), and direct Stegemann to pay the filing fee in this matter within thirty days of the date of the Order approving this Report and

Recommendation. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file specific written objections to the Report and Recommendation within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

October 12, 2017

cc: Joshua G. Stegemann, pro se