```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Joshua G. Stegemann

    v.                                   Case No. 17-cv-397-SM

FCI Berlin, Warden


                              O R D E R

After due consideration of the response filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone (document no. 4) dated October 12, 2017, for the reasons set forth therein.  Petitioner's Motion to Proceed without Prepayment of Fees or Costs (document no. 3) is hereby denied. The Court notes that the Clerk's Office received payment for the $5.00 filing fee on October 23, 2017.

    SO ORDERED.

                                              _____
                                              Steven J. McAuliffe
                                              United States District Judge

Date: October 24, 2017

cc:   Joshua G. Stegemann, pro se