UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua G. Stegemann

   v.  Case No. 17-cv-397-SM

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 23, 2019. Respondent's Motion to Dismiss or for summary judgment (doc. no. 15) is granted.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

                                                      Steven J. McAuliffe
                                                      United States District Judge

Date: February 1, 2019